YOUR NAME ROBERT FRANCIS LUNDY
YOUR ADDRESS P. O. BOX 23
YOUR TELEPHONE NUMBER 619-301-5166

FILED
11 JAN 19 PM 3:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

ROBERT F. LUNDY,
    PLAINTIFF

        -v-

SUPERIOR COURT- EAST COUNTY DIVISION
&
COLMENEROS

Case No. '11 CV0110 BEN   JMA
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

VIOLATION OF RIGHTS

Plaintiff alleges:

On July 15, 2007, I argued my case (ED-59506) before the Honorable Judge Lantz Lewis. The Judge stated that my daughter Dominique King-Lundy was being brain washed, by the Colmeneros. They have told my daughter the death benefits received are for a vehicle and not for her health and welfare. In November of 2007, I appealed a previous ruling, that the orders were temporary, the Appellate Court agreed, and the case was sent back to the East County Superior Court. I was finally given custody of my daughter. The case was now before Judge Maureen F. Hallahan, Superior Court, she ruled, that I was to allow my daughter to visit the Colmeneros, every other weekend. Where a continuance of the brain washing occurred. During this time I had reported to the Family Law Mediator's supervisor, that the interview with the counselor had shown discrimination in the interview, as well as several other interviews with other counselors.

In May of 2010, the Colmeneros filed another motion taking me back to court. On July 1, 2010, the Colmeneros picked up my daughter while I was out took her without my knowledge or consent, right before the scheduled hearing. Local authorities would not allow me to file a report of kidnapping. This time the Family Law Mediator, tried to force me to interview in the same room with the Colmeneros, I refused. The report the mediator recommended to the judge was to take my daughter completely out of my custody. When asked for a continuance in July, 2010, to seek an attorney, the judge ordered, that I was to have visitation on the first and fourth weekend of the month and the Colmeneros were given complete authority over my daughter, medically and otherwise. This was in retaliation for reporting her to her superiors, and filing a complaint with the Judicial Commission. Not only am I an African-American male, but my child is bi-racial, whose mother passed away in September, 2007.

The Colmeneros have not followed the court orders from the onset of this case, but the court has shown judicial misconduct throughout this case.

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

The mother has set aside a trust fund for my daughter with Mrs. Colmeneros as the executor. A probate attorney, Mr. Smith, I hired states that she (Colmeneros) is hard to deal with and ornery. Also, the court has not allowed me to receive my interest in property purchased with the mother. I have followed the orders of the court and it continues to violate my rights. The Court has employed delaying tactics, my daughter is fifteen, and has been informed she can be emancipated if she reaches the correct age.

- I was ordered to complete supervised visitation, which I did, with no previous reason or cause of abuse or alarm.
- Ordered to complete therapy, between 6-8 Doctors of Psychiatry, all at the VA Medical Center, with no previous allegations of mental illness.
- Ordered to have minor's counsel sign off on living quarters.
- Ordered to have conjoint therapy with my daughter, and completed, when I had been in my daughter's life from the day she was born, and was a great parent along with her mother.
- Since the death of my daughter's mother subjected to parental alienation.
- Relatives were granted a Joinder, without proper procedure or service, over my objections.
- The court ordered my child not to leave the county without informing me, this has happened at least 6 times, the court does nothing.
- The court ordered the child not be exposed to court papers or matters, and the Colmeneros had my daughter sign a paper stating with whom she wanted to live with.
- Attorney,(Heidi Collier) changed my visitation hours, which were not in the Judge's order.
- Taped recorded without my knowledge, by the Colmeneros, Judge knew of illegal incident.
- State Senator Hollingsworth's office stated, this type of behavior has been going on for twenty years. Senator Barbara Boxer's office is aware of this illegal activity.
- Court officers have stamped Judge Lewis's name to documents without his knowledge.
- The Family Mediator's Office has discriminated against me at several interviews, making recommendations to the court forcing me to share custody of my daughter, and retaliating, intimidating me with racial and gender discrimination.

These are violations of my Parental Rights, Civil Rights/liberties, and Constitutional Rights; this has been done *under the color of law*.
Therefore, I am requesting an **EMERGENCY INJUNCTION**, to stop any orders issued by the Superior Court.

**The Family Law Code**, I believe states, if the parent is not a criminal or addicted to drugs, or any other malfunction, that parent shall have custody. If one parent is dead, or unable or refuses to take custody, or has abandoned the child, the other parent is entitled to the custody or have first refusal. Not only did we live as man and wife, I provided everything a parent could until our separation in 2004 and I have been in court since that year.

Again, I had custody of my daughter, then I was given two weekends a month for unclear reasons, not because of any negative abuses, but simply because I am African-American, and financial reasons.
I have lost three years of her childhood which can never be recovered, defamed, and parental alienation by the court, its officers, and the Colmeneros.
I am requesting the appointment of counsel with these complex issues; the court has been vexatious and unreasonably cruel in its orders/rulings. This is definitely not equal protection under the law, judges are immune from lawsuits, but not misconduct.

The plaintiff requests the court return his daughter home, asks for all attorney's fees, interest in property at 7842 Alton Drive, Lemon Grove, be liquidated immediately.

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert Francis Lundy

### DEFENDANTS
Alejandro and Janet Colmenero
Superior Court of San Diego, East County Division

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **San Diego**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

FILED
11 JAN 19 PM 3:13
BY: _____ DEPUTY

'11 CV 0110 BEN   JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
1964 Civil Rights Act
Brief description of cause:
Violation of Civil & Constitution Rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 750,000
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CR